**UNITED STATES of America, Appellee**

v.

**Sunday Yemi ADEFEHINTI, Appellant.**

**Nos. 04–3080, 05–3046, 05–3055.**

United States Court of Appeals, District of Columbia Circuit.

Feb. 15, 2008.

Jeffrey Allen Taylor, U.S. Attorney's Office, Civil Appellate, Ellen R. Meltzer, U.S. Department of Justice, Criminal Division, Fraud Section, Washington, DC, for Appellee.

Charles B. Wayne, DLA Piper U.S. LLP, Washington, DC, for Appellant.

Before: GRIFFITH, Circuit Judge, and EDWARDS and WILLIAMS, Senior Circuit Judges.

### *JUDGMENT*

PER CURIAM.

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgments of the District Court appealed from in these causes be affirmed in all respects but appellants Adefehinti's and Bode's money laundering convictions be reversed, vacated, and remanded for such re-sentencing as may be appropriate, in accordance with the opinion of the court filed herein this date.